IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GAGHAN MECHANICAL, INC. )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PENNSYLVANIA NATIONAL MUTUAL )<br>CASUALTY INSURANCE COMPANY )<br>    Defendant. )<br>_____ ) | | Civil Action No. 17-1638 (BAH) |

**STIPULATION OF DISMISSAL**

Pursuant to FRCP 41, Plaintiff Gaghan Mechanical, Inc. and Defendant Pennsylvania National Mutual Casualty Insurance Company (the "Parties"), by and through their undersigned counsel, represent and submit that the matters, claims and things at issue among the Parties, including all claims asserted in the above-captioned case as well as any and all claims arising out of, or concerning the project at issue, have been settled and compromised, and that the above-captioned action and the claims asserted therein should be dismissed with prejudice. Therefore, the Parties, Gaghan Mechanical, Inc. and Pennsylvania National Mutual Casualty Insurance Company, stipulate and agree that the above-captioned action, including all claims asserted therein, is dismissed with prejudice, each party to pay its own costs and attorney's fees.

Dated this 20th day of October, 2017.

Respectfully submitted,

GAGHAN MECHANICAL, INC.,
By Counsel


/s/ Gina L. Schaecher
Gina L. Schaecher (Bar. No. 474018)
REES BROOME, P.C.
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
(7030 790-1911 – Telephone
(703) 848-2530 – Facsimile
Email:  gschaecher@reesbroome.com
*Counsel for Plaintiff Gaghan Mechanical, Inc*.


PENNSYLVANIA NATIONAL MUTUAL
CASUALTY INSURANCE COMPANY
By Counsel


/s/ Brian W. Bisignani
Brian W. Bisignani, Esquire
POST & SCHELL, P.C.
17 North Second Street, 12th Fl.
Harrisburg, PA 17101-1601
(717) 612-6041
*Counsel for Pennsylvania National Mutual Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of October, 2017, the forging Stipulation of Dismissal was electronically filed with the Court and was served upon Defendant via the ECF System addressed to the following:

> Brian W. Bisignani, Esquire
> POST & SCHELL, P.C.
> 17 North Second Street, 12th Fl.
> Harrisburg, PA 17101-1601
> (717) 612-6041
> *Counsel for Pennsylvania National Mutual*
> *Casualty Insurance Company*

         /s/ Gina L. Schaecher
         Gina L. Schaecher, Esquire

2028178